UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF ARKANSAS, et al.,<br><br>        Defendant. | 1:23-cv-00391-HBK (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PLAINTIFF TO FILE FULLY COMPLETED APPLICATION OR PAY FILING<br><br>TWENTY-ONE DAY DEADLINE<br><br>(Doc. No. 2) |

Plaintiff Christian David Ento initiated this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983 on March 16, 2023 while detained in the Rio Cosumnes Correctional Center. (Doc. No. 1). Plaintiff concurrently filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2). Plaintiff's application, however, fails to comply with § 1915(a)(1)(2). Specifically, in addition to filing an affidavit of indigency, a prisoner "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the six-month period immediately proceeding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." *Id*. Here, Plaintiff did not submit a six-month statement and the "Certificate" portion of Plaintiff's IFP

application is blank.  (*See* Doc. No. 2 at 2).  Because the application is incomplete and does not include the required certified six-month prisoner account statement, the application will be denied without prejudice.  If Plaintiff wishes to prosecute this action, he must submit a fully completed application accompanied by a six-month statement.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED without prejudice to Plaintiff submitting a fully completed application.

2.  Within twenty (21) days of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis* in its entirety with an authorized correctional official completing the "Certificate" section of the application, or by filing a prison trust account statement reflecting the 6 months of transactions preceding the filing of the complaint; or (2) pay the $402.00 filing fee for this action.

3. Absent good cause, the Court will not grant any motions for extension of time.

4. Failure to comply with this order will result in a recommendation without further notice that this action be dismissed for failure to prosecute and/or comply with the court's orders.

5. The Clerk is directed to include a blank application to proceed *in forma pauperis* with this order.

Dated:     March 20, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE