# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARKANSAS, et al.,<br><br>Defendants. | Case No. 1:23-cv-000391-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 6) |

Plaintiff, Christian Ento, is a state prisoner proceeding pro se in this civil rights action. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2023, the magistrate judge filed findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to prosecute. (Doc. 6.) Specifically, Plaintiff did not file a completed in forma pauperis application, as directed by the Court, nor did he pay the filing fee and the time to do so has expired. (*See* Doc. 4.)

The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (Doc. 6 at 5.) On May 11, 2023, the findings and recommendations were returned as undeliverable. (*See* docket.) Plaintiff was afforded over sixty-three (63) days in accordance with Local Rule 183 to file a change of address and has failed to do so. (*See* docket.) Additionally, Plaintiff has failed to file to file any objections to the May 1, 2023

findings and recommendations and the time to do so has expired. (*See* docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The findings and recommendation, filed on May 1, 2023, (Doc. 6) are **ADOPTED IN FULL**.

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   **July 19, 2023**

UNITED STATES DISTRICT JUDGE